UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID SUMERA,<br>Petitioner | CIVIL DOCKET NO. 1:19-CV-1528-P |
| VERSUS | JUDGE DRELL |
| WARDEN,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 19), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the claims raised in the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) are hereby DISMISSED for lack of jurisdiction, WITH PREJUDICE as to the jurisdictional issue, and WITHOUT PREJUDICE as to the merits of Petitioner's claims. IT IS FURTHER ORDERED that the claims raised in Petitioner's Supplemental Petition (ECF No. 14) are hereby DENIED and DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 21st day of April 2020.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE